**Jamison R. McCune**, OSB No. 135547
Email: mccune@bodyfeltmount.com
BODYFELT MOUNT LLP
319 SW Washington St., Suite 1200
Portland, Oregon 97204
Telephone: (503) 243-1022
Facsimile: (503) 243-2019

Of Attorneys for Defendant Morgan Truck Body, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **STATE ACCIDENT INSURANCE FUND CORPORATION**, dba SAIF CORPORATION, an Oregon corporation, as Assignee of WILDER LOPEZ FERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>**PENSKE TRUCK LEASING CO., L.P.**, a Delaware Limited Partnership; **MORGAN TRUCK BODY, LLC**, a Delaware Limited Liability Company, dba Morgan Corp.; and **WHITING DOOR MANUFACTURING CORP**, a New York Corporation,<br><br>Defendants. | Case No. 3:20-cv-02057<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br>(28 U.S.C.§§ 1332 and 1441)<br>(Diversity Jurisdiction)<br><br>DEMAND FOR JURY TRIAL |

**TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, PORTLAND DIVISION:**

**PLEASE TAKE NOTICE THAT** Defendant Morgan Truck Body, LLC ("MTB) respectfully removes this action from the Washington County Circuit Court of the State of Oregon, where it is currently pending, to the United States District Court for the District of Oregon, Portland Division. This Notice is submitted pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Page 1 - NOTICE OF REMOVAL OF CIVIL ACTION

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

As grounds for removal, MTB states as follows:

## NOTICE OF REMOVAL IS TIMELY

1. On or about October 27, 2020, State Accident Insurance Fund Corporation, dba SAIF Corporation, as Assignee of Wilder Lopez Fernandez ("SAIF") filed a complaint against MTB and others in the Washington County Circuit Court of the State of Oregon entitled *State Accident Insurance Fund Corporation, dba SAIF Corporation, as Assignee of Wilder Lopez Fernandez v. Penske Truck Leasing Co., L.P., et al.*, Case No. 20CV38019. A copy of the summons and complaint is attached as Exhibit A to this Notice. In the complaint, SAIF seeks to recover sums paid and anticipated to be paid as workers' compensation benefits paid by SAIF to Wilder Lopez Fernandez ("Fernandez") for medical expenses, lost wages, claims settlement expenses, and future medical expenses and non-economic damages.

2. On or about October 29, 2020, Plaintiff served a summons and complaint on MTB. Pursuant to 28 U.S.C. § 1446(a), Exhibit A consists of all process, pleadings, and orders that MTB received from Plaintiff in this action as of the date of this Notice.

3. Pursuant to 28 U.S.C. § 1446(b), MTB filed the Notice of Removal within thirty (30) days of service of the Plaintiff's complaint.

4. Codefendant Whiting Door Manufacturing Corp consents to removal.

## JURISDICTIONAL BASIS FOR REMOVAL – DIVERSITY JURISDICTION

5. MTB seeks to remove this case to federal court on the basis of diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332.

6. For purposes of diversity jurisdiction, a corporation is "deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business …." 28 U.S.C. § 1332(c)(1).

/ / /

Page 2 - NOTICE OF REMOVAL OF CIVIL ACTION

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

7. Plaintiff SAIF is an in Oregon corporation with its principal place of business in Oregon.

8. Defendant MTB is a Delaware limited liability company with its principal place of business in Pennsylvania.

9. On information and belief, Defendant Penske Truck Leasing Co., L.P. is a Delaware limited partnership with its principal place of business in Pennsylvania.

10. On information and belief, Defendant Whiting Door Manufacturing Corp. is a New York corporation with its principal place of business in New York.

11. As no defendant is a citizen of Oregon, there is complete diversity between Plaintiff and Defendants.

## THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED

12. The amount in controversy exceeds $75,000. As shown in Exhibit A, plaintiff's prayer is for $454,010 in economic and noneconomic damages.

13. Because Plaintiff is diverse from Defendants and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000, this Court has original jurisdiction over the claims pursuant to 28 U.S.C. § 1332.

14. Defendants are entitled to have this cause removed from the Washington County Circuit Court of the State of Oregon to the United States District Court for the District of Oregon, Portland Division, the federal district where the state suit is pending.

## PAPERS FROM REMOVED ACTION

15. Copies of all pleadings in the action pending in Washington County Circuit Court are attached hereto as Exhibit A.

## NOTICE TO PLAINTIFF

16. MTB has served written notice of this filing on counsel for Plaintiff as required by 28 U.S.C. § 1446(d).

Page 3 - NOTICE OF REMOVAL OF CIVIL ACTION

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

## NOTICE TO STATE COURT WHERE REMOVED ACTION WAS PENDING

17. After the filing of this Notice of Removal, MTB will file a copy of this Notice of Removal with the Clerk of the Washington County Circuit Court of the State of Oregon where the above-captioned action is currently pending, as required by 28 U.S.C. § 1446(d).

## NON-WAIVER OF DEFENSES

18. By removing this action from the Washington County Circuit Court of the State of Oregon, MTB does not waive any defenses available to it or admit any of the allegations in Plaintiff's complaint. Further, MTB reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant MTB respectfully removes the above-captioned action from the Washington County Circuit Court of the State of Oregon to the United States District Court for the District of Oregon, Portland Division.

Respectfully submitted this 25th day of November, 2020:

**BODYFELT MOUNT LLP**

BY:   s/ Jamison R. McCune
       Jamison R. McCune, OSB No. 135547
       Email: mccune@bodyfeltmount.com
       Phone: (503) 243-1022
       Fax: (503) 243-2019

Of Attorneys for Defendant Morgan Truck Body, LLC

Page 4 - NOTICE OF REMOVAL OF CIVIL ACTION

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served a true copy of the foregoing **NOTICE OF REMOVAL OF CIVIL ACTION** on the following attorneys on the date noted below via the following method:

Douglas F. Angell
Law Office of Douglas F. Angell, P.C.
5075 SW Griffith Dr., Suite 250
Beaverton, OR  97005
Fax: (503) 336-1018
Email: Doug@angell-legal.com

*Of Attorneys for Plaintiff State Accident Insurance Fund Corporation, dba SAIF Corporation, as Assignee of Wilder Lopez Fernandez*

Method:
☐ US Mail, postage prepaid
☒ Email – Courtesy Copy
☐ Facsimile
☐ Hand Delivery
☒ CM/ECF Electronic Service

Dated this 25th day of November, 2020.

BY:   s/ Jamison R. McCune
       Jamison R. McCune, OSB No. 135547
       Email: mccune@bodyfeltmount.com
       Phone: (503) 243-1022
       Fax: (503) 243-2019

Of Attorneys for Defendant Morgan Truck Body, LLC

Page 1 - CERTIFICATE OF SERVICE

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019